CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

WILLIAM J. KING (SBN: 199908)
wking@wjkLawFirm.com
THE WJK LAW FIRM, P.C.
19900 MacArthur Blvd., Suite 1150
Irvine, California 92612
Telephone: (844) 487-8784
Facsimile: (844) 487-8785
Attorney for Defendants
Wayne Lee and Frances N. Lee

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE LEE;<br>FRANCES N. LEE;<br>RAYED ABDULNOUR; and Does 1-10,<br><br>Defendants. | Case: 2:17-CV-05516-PA-AGR<br><br>ORDER ON<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 8, 2018          CENTER FOR DISABILITY ACCESS

By: __/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated: March 8, 2018          THE WJK LAW FIRM, P.C.

By: __/s/ William J. King_____
    William J. King
    Attorney for Defendants
    Wayne Lee and Frances N. Lee

IT IS SO ORDERED.

DATED: ___March 12, 2018_____

_____
UNITED STATES DISTRICT JUDGE

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to William J. King, counsel for Wayne Lee, Frances N. Lee, and that I have obtained Mr. King's authorization to affix his electronic signature to this document.

Dated: March 8, 2018	CENTER FOR DISABILITY ACCESS

By: __/s/ Phyl Grace__
 Phyl Grace
 Attorneys for Plaintiff